PATRICK FLATLEY, Appellant, v. GLADYS DORE, Defendant, and DAVID BENNETT, Respondent.

*Negligence — motor vehicles — injury from collision with automobile while being driven by other than owner — alleged negligence of owner in giving permission to driver, knowing that she was careless, negligent and incompetent.*

*Flatley* v. *Dore*, 212 App. Div. 801, affirmed.

(Argued April 9, 1925; decided May 5, 1925.)

APPEAL from a judgment, entered January 19, 1925, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint as to defendant, respondent, in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff, while driving at Long Branch, N. J., was injured as the result of a collision with defendant Bennett's automobile driven by defendant Dore. It was sought to predicate negligence on defendant Bennett by reason of his alleged permission to defendant Dore, a girl seventeen years of age, to drive his automobile, knowing that she did not have a driver's permit or license and that she was a careless, negligent and incompetent driver.

*Jeremiah A. O'Leary* for appellant.

*Edward E. Hoenig* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, ANDREWS and LEHMAN, JJ.. Dissenting: CRANE, J. Absent: POUND, J.